CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/5/2021
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 6:21CR00006 |
| ) | |
| v. ) | |
| ) | **INFORMATION** |
| ) | |
| TIMOTHY DARRELL PENICK ) | **In Violation of:** |
| ) | |
| ) | 18 U.S.C. § 1343 |
| ) | |
| ) | |

## COUNT 1

The United States of America charges that:

1.  Beginning in or about June 2019, and continuing up to the present, defendant TIMOTHY DARRELL PENICK engaged in a scheme or artifice to defraud and to obtain money or property by means of false or fraudulent pretenses, representations, or promises, from victims who engaged the services of Lighthouse Properties of Virginia, Inc. ("LHP"). LHP is owned and operated by TIMOTHY DARRELL PENICK.

2.  On or about the date set forth below, in the Western District of Virginia and elsewhere, defendant TIMOTHY DARRELL PENICK, for the purpose of executing the scheme described above, caused to be transmitted by means of a wire communication in interstate commerce the signals and sounds described below:

| DATE | DESCRIPTION |
|---|---|
| October 10, 2019 | $123,787.26 check from BB&T account belonging to victim H.C.O.A. to Atlantic Union Bank account controlled by Penick |

3.  All in violation of Section 1343 of Title 18 of the United States Code.

DATE: 4/12/2021

*[signature]*

For DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY